IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


EARNEST HARPER                                           Plaintiff

v.                          4:05CV00362 GTE

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                 Defendant


## ORDER

The Court has received proposed Findings and Recommendations
from Magistrate Judge H. David Young.  No objections have been
filed.  After careful review, the Court concludes that the Findings
and Recommendations should be, and hereby are, approved and adopted
in their entirety as this Court's findings in all respects.
Judgment will be entered accordingly.

IT IS SO ORDERED this __27th__ day of __December__, 2005.


_____
UNITED STATES DISTRICT JUDGE